UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61199-RAR

**SIMEON STEWART**, *on behalf of himself and on behalf of all others similarly situated*,

    Plaintiff,

v.

**NATIONSBENEFITS, LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice ("Notice"), [ECF No. 4], stipulating to the dismissal of this action without prejudice. The Court having reviewed the Notice, the record, and being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case, including any claims of the proposed class, is **DISMISSED** *without prejudice*, with each party to bear its own costs, attorneys' fees, and disbursements.

2. The Clerk is instructed to mark this case **CLOSED**.

3. All deadlines are **TERMINATED**.

4. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of July, 2023.

                                                _____
                                                **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**